UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUAN DORSEY,

        Plaintiff,

                                              Case No.: 24-cv-10519

v.                                       Honorable Gershwin A. Drain

AUDU and G. MIKAT, *et al.*,

        Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#28], GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [#21], DENYING PLAINTIFF'S MOTION TO OBJECT TO THE ORDER ADDRESSING PLAINTIFF'S PRETRIAL MOTIONS AND DISMISSING ACTION WITHOUT PREJUDICE

Presently before the Court is a Report and Recommendation issued by Magistrate Judge Curtis Ivy, recommending that the Court grant the Defendants' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(a) due to Plaintiff's failure to fully exhaust his administrative remedies. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the Magistrate Judge's September 9, 2025 Report and Recommendation, the Court concludes that the Magistrate Judge reached the

correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Ivy's Report and Recommendation [#28], dated September 9, 2025, as this Court's findings of fact and conclusions of law.

Additionally, before the Court is Plaintiff's Motion to Object to the Order Issued Addressing Plaintiff's Pretrial Motions, which the Court construes as an "Appeal of Magistrate Judge Curtis Ivy's Order" resolving Plaintiff's Motion to Deny Defendant's Waiver and Motion for Clarification. A decision and order of a magistrate judge will be upheld unless it is clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Magistrate Judge Ivy's September 9, 2025 Order is neither clearly erroneous nor contrary to law.

Plaintiff's present appeal ignores the fact that E.D. Mich. L.R. 4.1(a) is inapplicable to him because he was granted leave to proceed in forma pauperis under 28 U.S.C. § 1915. As such, E.D. Mich. L.R. 4.1(b) applies, which states in pertinent part that "[u]nless the plaintiff requests otherwise, the Clerk must arrange for service of the summons and complaint by the United States Marshal for a plaintiff authorized to proceed in forma pauperis under 28 U.S.C. § 1915[.]" E.D. Mich. L.R. 4.1(b).

Plaintiff never requested that the United States Marshal forego service of process in this matter. In fact, Plaintiff sent a letter requesting a status update for service of process on the defendants. *See* ECF No. 8. He did not indicate in his

2

letter that he sought an alternate method of service different than service by the U.S. Marshal. *Id.* In any event, Plaintiff incorrectly argues the U.S. Marshal had no authority to send a waiver of service form to the Defendants. Federal Rule of Civil Procedure 4(d) expressly allows a defendant subject to service to request a waiver. *See* Fed. R. Civ. P. 4(d)(1). Plaintiff mistakenly believes he has the right to preclude a defendant from requesting a waiver of service. To the contrary, any individual defendant subject to service of process is authorized to seek a waiver. *See* Fed. R. Civ. P. 4(d); 4(e).

Accordingly, Magistrate Judge Curtis Ivy's September 9, 2025 Report and Recommendation [#28] is ACCEPTED and ADOPTED as this Court's findings of fact and conclusions of law.

Defendants' Motion for Summary Judgment [#21] is GRANTED.

Plaintiff's Motion to Object to the Order Issued Addressing Plaintiff's Pretrial Motions [#29] construed as an "Appeal of Magistrate Judge Ivy's September 9, 2025 Order" is DENIED.

This cause of action is dismissed without prejudice.

SO ORDERED.

Dated: October 29, 2025                  /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Quan Dorsey, #814459, Woodland Center Correctional Facility, 9036 E. M-36, Whitmore Lake, MI 48189 on
October 29, 2025, by electronic and/or ordinary mail.
<u>/s/ Marlena Williams</u>
Case Manager